UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,   Case No. 09-20215

    Plaintiff,   HONORABLE SEAN F. COX
                                  United States District Judge

v.

D-2 JOSE CASTRO-RAMIREZ,

    Defendant.
_____/

ORDER REGARDING OBJECTIONS TO EXHIBIT LISTS
AND GRANTING DEFENDANT'S ORAL MOTION
FOR LEAVE TO FILE A LATE MOTION IN LIMINE

Jury trial in this matter is scheduled to begin on February 16, 2010. Per the Court's "Order Regarding Trial" [Doc. No. 207], the parties were to file motions *in limine* no later than February 10, 2010, to be argued before the Court on February 12, 2010. At the February 12, 2010 hearing, several issues were brought to the attention of the Court. Specifically, both parties voiced objections to the opposing party's proposed exhibit list. Defense counsel also asked for leave to file a late motion *in limine* challenging the admissibility of several of the Government's proposed exhibits. In light of these developments, the Court **ORDERS** as follows:

1. Defense counsel is **GRANTED** leave to file a late motion *in limine* challenging the admissibility of certain exhibits proposed by the Government. Such motion will be governed by the Court's usual motion practice guidelines, and must be filed **no later than Monday, February 15, 2010 at 10:00 am**.

2. Both parties are **ORDERED** to file, **no later than Tuesday, February 16, 2010 at 9:00 am**, a brief memorandum outlining the basis for each objection that party has to the admission of exhibits proposed and listed on the opposing party's exhibit list.

**IT IS SO ORDERED**.

1

                    s/Sean F. Cox  
                    Sean F. Cox  
                    United States District Judge

Dated: February 12, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 12, 2010, by electronic and/or ordinary mail.

                    s/Jennifer Hernandez  
                    Case Manager