UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,　　　　　　　Case No. 09-20215

　　　　　Plaintiff,　　　　　　　　　　　　HONORABLE SEAN F. COX
　　　　　　　　　　　　　　　　　　　　　United States District Judge
v.

D-2 JOSE CASTRO-RAMIREZ,

　　　　　Defendant.
_____/

OPINION & ORDER DENYING THE DEFENDANT'S
RENEWED MOTION FOR JUDGMENT OF ACQUITTAL [Doc. No. 295]

　　　　Dr. Jose Castro-Ramirez was charged with one count of conspiracy to commit health care fraud, eleven individual counts of health care fraud, and one count of conspiracy to commit money laundering. [*See* Doc. No. 4]. Jury trial in this matter began on February 16, 2010.

　　　　At the close of the Government's proofs, Dr. Castro-Ramirez made an oral motion for acquittal pursuant to FED. R. CRIM. P. 29. In an eleven-page Opinion & Order [*See* Doc. No. 276], the Court denied Dr. Castro's motion. On March 11, 2010, the jury found Dr. Castro-Ramirez guilty on all counts. [*See* Doc. No. 285].

　　　　The case is before the Court on Dr. Castro-Ramirez' "Renewed Motion for a Judgment of Acquittal" [Doc. No. 295], filed March 25, 2010. In his brief in support of the instant motion, which Dr. Castro-Ramirez concedes was brought "[i]n order to preserve his right to challenge the sufficiency of the Government's proofs on appeal," *Id.* at 4, Dr. Castro-Ramirez again argues that the evidence presented by the Government at trial was insufficient under FED. R. CRIM. P. 29. The Government opposes Dr. Castro-Ramirez' current motion. [*See* Doc. No. 311].

1

Dr. Castro-Ramirez' instant motion makes no argument about the sufficiency of the evidence against him that was not considered by the Court in its March 9, 2010 Opinion & Order [Doc. No. 276]. The Court therefore **DENIES** Dr. Castro's "Renewed Motion for a Judgment of Acquittal" [Doc. No. 295].

**IT IS SO ORDERED**.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: April 22, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 22, 2010, by electronic and/or ordinary mail.

S/Jennifer Hernandez
Case Manager