UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,　　　　　　　Case No. 09-20215

　　　　　Plaintiff,　　　　　　　　　　　HONORABLE SEAN F. COX
　　　　　　　　　　　　　　　　　　　　　United States District Judge
v.

D-2 JOSE CASTRO-RAMIREZ,

　　　　　Defendant.
_____/

ORDER FOLLOWING JUNE 29, 2010 HEARING

On March 11, 2010, a jury found Dr. Jose Castro-Ramirez guilty of one count of conspiracy to commit health care fraud, in violation of 18 U.S.C. § 1349, eleven counts of health care fraud, in violation of 18 U.S.C. § 1347, and one count of conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h). [*See* Doc. No. 285]. Sentencing for Dr. Castro-Ramirez was originally scheduled for June 29, 2010.

At the June 29, 2010 sentencing, Defense Counsel informed the Court that, despite his best efforts, he has not had sufficient time to review the Presentence Investigation Report with his client. The Court also sought clarification from Defense Counsel as to the precise nature of his objections to Dr. Castro-Ramirez' Presentence Investigation Report.

Therefore, the Court **ORDERS** Dr. Castro-Ramirez to file an amended sentencing memorandum, addressing Dr. Castro-Ramirez' specific objections to the Presentence Investigation Report's individually numbered paragraphs, **no later than Thursday, July 15, 2010**. Dr. Castro-Ramirez' sentencing is **ADJOURNED** to **Wednesday, July 28, 2010 at 9:30 a.m.**, at which time the Court will also consider the Government's Application for Entry of a

1

Preliminary Order of Forfeiture & Money Judgment [Doc. No. 328]. Should the sentencing of Dr. Castro-Ramirez not be completed on July 28, 2010, the Court reserves **Wednesday, August 18, 2010 at 2:00 p.m.** as a control date for completion of the sentencing.

**IT IS SO ORDERED**.

                                              s/Sean F. Cox
                                              Sean F. Cox
                                              United States District Judge

Dated: June 29, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 29, 2010, by electronic and/or ordinary mail.

                                              s/Jennifer Hernandez
                                              Case Manager